UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN D. McMILLAN,<br><br>             Plaintiff,<br><br>    vs.<br><br>A. TERHUNE, et al.,<br><br>             Defendants. | Case No. CV 10-2088-AG (SP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Defendants' motion to dismiss the First Amended Complaint is granted in part with respect to the First Claim for Relief, the Religious Land Use and Institutionalized Persons Act (RLUIPA) claim alleged within the Second Claim for Relief, and all claims against defendants in their official capacities, and those claims are dismissed without leave to amend;

1

1       2.     Defendants' motion to dismiss the First Amended Complaint is denied in part with respect to the First Amendment claim alleged within the Second Claim for Relief against defendants in their individual capacities only; and

      3.     Defendants shall file an answer to the First Amendment claim within 20 days of the entry of this Order.

Dated: July 5, 2011

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE