JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN MCMILLAN,** | Case No. CV 10-2088 AG (SP) |
| Plaintiff, | **ORDER DISMISSING CASE** |
| **v.** | |
| **A. TERHUNE, et al.,** | |
| Defendants. | |

     In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the settlement agreement.

     **IT IS SO ORDERED.**

Dated: June 20, 2012

_____
The Honorable Andrew J. Guilford
United States District Court Judge

LA2010504385
60803980.doc

1